UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Noe Camacho,

Defendant.

**Order of Restitution**

**19 Cr. 543 (VEC)**

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Rushmi Bhaskaran, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Noe Camacho, the Defendant, shall pay restitution in the total amount of $2,305,138 to the victim of the offense charged in Count One, the Internal Revenue Service c/o IRS-RACS, Attention: Mail Stop 6261, Restitution, 333 West Pershing Avenue, Kansas City, Missouri 64108. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

12/11/19

_____
UNITED STATES DISTRICT JUDGE